UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARED DEFIGH,

        Plaintiff,

  v.

CITY OF OAKLAND,

        Defendant.

Case No. 3:23-cv-02009-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 26

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: November 16, 2023



WILLIAM H. ORRICK
United States District Judge